**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THONG NGUYEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. MULLEN, et al.,<br><br>　　　　Defendants. | No. C 13-04050 YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On September 16, 2013, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation "UNABLE TO FORWARD -- RETURN TO SENDER."   To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

　　　　Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  *See* L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).

　　　　More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.  Plaintiff's *in forma pauperis* application is DENIED as incomplete.  The Clerk shall enter judgment, terminate all pending motions as moot, and close the file.

　　　　IT IS SO ORDERED.

DATED:   November 26, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.13\Nguyen4050.311dism.wpd