IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THONG NGUYEN, | No. C 13-04050 YGR (PR) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| P. MULLEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On September 16, 2013, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation "UNABLE TO FORWARD -- RETURN TO SENDER." To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. Plaintiff's *in forma pauperis* application is DENIED as incomplete. The Clerk shall enter judgment, terminate all pending motions as moot, and close the file.

IT IS SO ORDERED.

DATED: November 26, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.13\Nguyen4050.311dism.wpd